| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Morgan, Jr., Henry C | 2. Court or Organization U.S. District Court, Virginia | 3. Date of Report 4/12/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge Sr. Status | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address U.S. Courthouse 600 Granby Street, Room 307 Norfolk, VA 23510 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 APR 27 A 10: 36 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Morgan, Jr., Henry C | 4/12/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Sales Manager, Atlantic Shores Retirement Community - Salary and Commissions |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Administrative Office, Security & Facilities Meeting | 6/1-4/04; U.S. Judicial Conference Meeting; Seattle, WA (Travel, food, lodging) |
| 2. | George Mason University Law & Economics Center | 6/6-13/04; Educational Seminar; Santa Fe, NM (Travel, food, lodging) |
| 3. | Administrative Office, Eastern District of Virginia Annual Meeting | 10/6-8/04; Court Administrative Meeting; Irvington, VA (Travel, food, lodging) |
| 4. | Open World Program, American Councils for International Education | 10/20-22/04; Meeting with another government entity (Russian Judges), Washington, DC (Travel) |
| 5. | Administrative Office, Courthouse Access Advisory Committee | 11/3-5/04; Meeting of U.S. Judicial Conference; Washington, DC (Travel, food) |
| 6. | Administrative Office, Security & Facilities Meeting | 12/12-16/04; U.S. Judicial Conference Meeting; New York, NY (Travel, food, lodging) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Jr., Henry C | 4/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. AT&T | A | Dividend | J | T | | | | | |
| 2. American Home Products | A | Dividend | J | T | | | | | |
| 3. AmSouth Bank Corp. | C | Dividend | L | T | | | | | |
| 4. Cap. Rlty. Invests. II | A | Dividend | J | T | | | | | |
| 5. Cardinal Financial Corp. | A | Dividend | J | T | | | | | |
| 6. Cisco Systems | A | Dividend | J | T | | | | | |
| 7. Clayton Homes Del. | A | Dividend | J | T | | | | | |
| 8. Davis NY Venture Fd B | A | Dividend | J | T | | | | | |
| 9. GE | A | Dividend | J | T | | | | | |
| 10. Heritage Bankshares, Inc. | A | Dividend | K | T | | | | | |
| 11. IRA Roll-Over | | | | | | | | | |
| 12. IRA Roll-Over | | | | | | | | | |
| 13. Intel Corp. | A | Dividend | J | T | | | | | |
| 14. J. Hancock Financial | A | Dividend | J | T | | | | | |
| 15. Lawyer's Custody Acct. | A | Interest | J | W | | | | | |
| 16. Luria L & Son Inc. | A | Dividend | J | T | | | | | |
| 17. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 18. MLH INCM RLTY Partnership I held in custody | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Jr., Henry C | 4/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. ML US Govt. Mortgage Fund | A | Dividend | J | T | | | | | |
| 20. The Ohio Natl. Life Ins. Co. (annuity) | A | Interest | K | T | | | | | |
| 21. Pfizer, Inc. | A | Dividend | J | T | | | | | |
| 22. PW Retirement Money Fund | B | Dividend | J | T | | | | | |
| 23. Retirement Account | | None | | | | | | | |
| 24. Tax Exempt Bond Fund of Va 2nd Series | A | Interest | J | T | | | | | |
| 25. Texas Inst. | A | Dividend | J | T | | | | | |
| 26. Thrift Savings Plan | F | None | M | T | Final Dist. | 5/27 | L | | |
| 27. TowneBank | C | Dividend | O | | | | | | |
| 28. TowneBank Account | A | Interest | J | T | | | | | |
| 29. Waterside Capital Corp. | A | Dividend | J | T | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | | |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____          Date_____4/13/05_____

NOTE: AN INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544